UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:
    JERRY M GRAHAM

          Debtor
    SSN XXX-XX-3842

CASE NO. 07 B 02720

CHAPTER 13

JUDGE: JACK B SCHMETTERER

--------------------------------------------------------------------------------
TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

The case was filed on 02/16/2007 and was not confirmed.

The case was dismissed without confirmation 08/01/2007.

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL | MORTGAGE ARRE | .00 | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 203.77 | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | 2215.77 | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | 229.90 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 1,814.00 | | 240.20 |
| TOM VAUGHN | TRUSTEE | | | 17.80 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:

--------------------------------------------------------------------------------
| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
--------------------------------------------------------------------------------
| TRUSTEE | 258.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 240.20 |
| TRUSTEE COMPENSATION | | 17.80 |
| DEBTOR REFUND | | .00 |
| | --------------- | --------------- |
| TOTALS | 258.00 | 258.00 |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.

Dated: 12/03/07

/s/ Tom Vaughn

_____
TOM VAUGHN
CHAPTER 13 TRUSTEE